IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | EP-11-CR-2767-DB |
| § | |
| PEDRO TOVAR-GUAPO § | |

### ORDER

On this day, the Court considered Attorney Christine W. Kelso's "Motion to Reset Sentencing," filed in the above-captioned cause on March 1, 2012. Therein, Attorney Kelso petitions the Court to continue Defendant Pedro Tovar-Guapo's sentencing hearing set for March 30, 2012. After due consideration, the Court finds that Attorney Kelso's Motion should be granted and that the following orders should enter:

**IT IS HEREBY ORDERED** that Attorney Christine W. Kelso's "Motion to Reset Sentencing" is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned cause is **RESET** for a **SENTENCING HEARING** in Courtroom 721, on the 7th Floor of the Albert Armendáriz, Sr. United States Courthouse, 525 Magoffin, El Paso, TX on **April 4, 2012**, at **8:30 a.m.**

**SIGNED** this **5th** day of **March, 2012**.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE